AO 245D (Rev. 11/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

| | |
|---|---|
| **JENNIFER LYNN ZAVALA** | Case Number: CR 04-4057-1-MWB |
| | USM Number: 02640-029 |
| | Robert Tiefenthaler |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation(s) **listed below** of the term of supervision.

☐ was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1, 6, 10, 11 | Law Violations | 12/04/2010 |
| 2, 12 | Use of Alcohol | 12/04/2010 |
| 3, 18 | Failure to Notify USPO of Change in Residence or Employment | 11/15/2011 |
| 4 a-b, 9 a-d, 16 a-c | Failure to Comply with Drug Testing | 07/25/2011 |
| 5 | Use of a Controlled Substance | 10/01/2008 |
| 7 | Traveling Without USPO Permission | 10/01/2008 |
| 8 | Failure to Submit Monthly Reports | 10/01/2008 |
| 13 | Failure to Notify USPO of Law Enforcement Contact | 12/21/2010 |
| 14, 19 | Association with a Felon | 04/11/2012 |
| 15 | Failure to Follow Instructions of USPO | 12/21/2010 |
| 17 a-b | Failure to Comply with Remote Alcohol Testing | 08/03/2011 |
| 20 | Failure to Answer Truthfully to All Inquires of USPO | 04/11/2012 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of _____ and is discharged as to such violation(s).

☐ The Court did not make a finding regarding violation(s) _____

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 12, 2012
Date of Imposition of Judgment

_Mark W. Bennett_ (signature)
Signature of Judge

Mark W. Bennett, U.S. District Court Judge
Name and Title of Judge

6.13.12
Date

AO 245D (Rev. 11/07 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 3

DEFENDANT: **JENNIFER LYNN ZAVALA**
CASE NUMBER: **CR 04-4057-1-MWB**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **9 months.**

■ The court makes the following recommendations to the Bureau of Prisons:
**The defendant be designated to FCI Waseca, Minnesota, or another Bureau of Prisons facility in close proximity to her family in Iowa, which is commensurate with her security and custody classification needs.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2:00 p.m. _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 11/07) Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

DEFENDANT: **JENNIFER LYNN ZAVALA**
CASE NUMBER: **CR 04-4057-1-MWB**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **No Term of Supervised Release shall be reimposed.**